**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RAUL FLORES, ID # 1351852,** ) | |
| Petitioner, ) | |
| vs. ) | No. 3:13-CV-3183-D |
| ) | |
| **WILLIAM STEPHENS, Director,** ) | |
| **Texas Department of Criminal** ) | |
| **Justice, Correctional Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, treating petitioner's October 3, 2013 correspondence as a motion seeking immediate deportation, the motion is dismissed for lack of jurisdiction.

SIGNED December 30, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE